**Before: Hon. Lisa Margaret Smith, USMJ**

United States District Court
Southern District of New York
-------------------------------X
CURTIS

       Plaintiff(s)

   against

STATE FARM

       Defendant(s)
-------------------------------X

Docket #: 06CV12403 (CLB)
07CV3232 CLB
07CV8675 (CLB)
ALL

# ORDER

[✓] Pretrial Conference (In Person/Telephone)
[ ] Settlement Conference
[ ] Other _____

[ ] Began  [✓] Held  [ ] Continued  [ ] Completed  [ ] Scheduled

Date: 2/25/08   Time: 4 PM   Duration (Min): ____

For Plaintiff:
Anthony Curtis
202 Main Street
Poughkeepsie, NY 12601
845 473 7130

For Defendant:
Michael Delikat
Lauren Faith Kahn
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Remarks: Plaintiff's oral motion to quash subpoena directed to the Attorney General and seeking bankruptcy documents is denied.

ADJOURNED DATE: 3/11/08

TAPELOG
Tape
From        To

So Ordered /s/ Lisa Margaret Smith, USMJ