July 1, 2008

**MEMO ENDORSED**

Honorable Judge Charles L. Brieant
United States Courthouse
300 Quarropas Street., Room 275
White Plains, New York 10601

*[handwritten endorsement: The w/in mentioned letter has been docketed in 06-12903 on June 30, 2008. So ordered. 7-1-08]*

Re: Anthony Curtis v. State Farm Mutual Automobile Insurance Co.
06 CV12903; 07 CV 3232; 07 CV 8675

Dear Judge Brieant:

I am in receipt of the letter dated June 26, 2008 from Mr. Robert Lukow on my behalf regarding the appeal of Magistrate Judge Lisa Margaret Smith regarding accomodations.

I would like to include this letter as an addendum to the letter dated June 26, 2008 from Mr. Robert Lukow, in which I would like to have a stay in all three cases (06 CV12903; 07 cv 3232; 07 CV 8675) and not to continue in the proceedings until you render a decision. This would include, any subpoena's to Social Security Administration etc. After speaking to Mr. Lukow, I am aware that this request would have to come from me, and it would have to be an addendum to his letter dated June 26, 2008. I thank you for your time and effort in looking into this matter, and I look forward to hearing from you soon.

Thank,

*[signature: Anthony Curtis]*

Anthony Curtis